```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**MILES KILPATRICK HAWTHORNE,**

    **Plaintiff,**

**v.**                                        **CIVIL CASE NO: 1:19-cv-129**
                                                            (Judge Kleeh)

**BANK OF AMERICA, NA,**

    **Defendant.**

## DISMISSAL ORDER

Pursuant to the *Stipulation of Dismissal with Prejudice* [Dkt. No. 6], it is **ORDERED** that this matter and all claims herein be **DISMISSED** with prejudice, and that the matter be **STRICKEN** from the Court's docket.

It is so **ORDERED.**

The Court **DIRECTS** the Clerk to transmit copies of this Order to counsel of record, and by U.S. Mail to the following: Jason E. Causey, Esq., 1358 National Road, Wheeling, WV 26003; and Carrie Goodwin Fenwick, Esq., 300 Summers Street, Suite 1500, Box 2107, Charleston, WV 25328-2107.

DATED: October 18, 2019.

                                                             /s/ Thomas S. Kleeh
                                                             THOMAS S. KLEEH
                                                             UNITED STATES DISTRICT JUDGE